HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL A SMITH, | CASE NO. C19-6240RBL |
| Petitioner, | ORDER |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # 12], recommending denial of Petitioner's §2254 habeas petition, and dismissal without prejudice. Petitioner has objected [Dkt. # 13] and the State has responded [Dkt. # 14].

(1) The Report and Recommendation is **ADOPTED**;

(2) Petitioner's §2254 habeas petition is **DISMISSED** without prejudice;

(3) For the reasons articulated in the R&R, the Court will **NOT** issue a Certificate of Appealability; and

ORDER - 1

1     The Clerk shall send copies of this Order to Petitioner Smith, Respondent's counsel, and
2 to the Hon. David W. Christel.
3     IT IS SO ORDERED.
4     Dated this 15th day of May, 2020.

                                                    Ronald B. Leighton
                                                    United States District Judge

ORDER - 2